No. 209. ROBERTS ET AL. *v*. DETROIT ET AL. Motion submitted October 29, 1928. Decided November 19, 1928. *Per Curiam:* The motion to dismiss is granted on the authority of *Meyer* v. *Richmond*, 172 U. S. 82. Treating the writ of error as an application for certiorari the same is denied. *Messrs. Clarence E. Wilcox* and *Paul T. Dwyer* for defendants in error in support of the motion. *Mr. S. Homer Ferguson* for plaintiffs in error in opposition thereto.

No. 72. JOURNEYMEN STONE CUTTERS ASS'N ET AL. *v*. UNITED STATES.

Argued October 22, 1928. Decided November 19, 1928. *Per Curiam:* The appeal is dismissed for lack of a showing of service of summons and severance upon those defendants in the court below who did not join in the appeal. *Masterson* v. *Herndon*, 10 Wall. 416; *Downing* v. *McCartney*, 131 U. S. 98 App'x.; *Hardee* v. *Wilson*, 146 U. S. 179; *Garcia* v. *Vela*, 216 U. S. 598. *Mr. Jeremiah A. O'Leary*, with whom *Messrs. Frank P. Walsh, Roderick Begg*, and *Theodore R. Jaffe* were on the brief, for appellants. *Solicitor General Mitchell* and *Assistant to the Attorney General Donovan* for the United States.